UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

CP TOURS, LLC

Debtor-in-Possession.
_____/

Case No.: 21-15900-SMG

Chapter   11

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), CP TOURS, LLC (the "Debtor-in-Possession"), files this Chapter 11 Case Management Summary and states:

1. Date of Order for Relief Under Chapter 11: ***June 17, 2021***

2. Names, case numbers and dates of filing of related debtors:
   - ***Cycle-Party Miami, LLC***
   - ***Cycle-Party Fort Lauderdale, LLC***

3. Description of Debtor's business/employment: ***Provide scenic bicycle tours around the city for small groups and special occasions.***

4. Location(s) of Debtor's operations and whether the business premises are leased or owned: ***220 SW 3rd Ave., Fort Lauderdale, Florida 33312 - Leased***

5. Reasons for filing Chapter 11: ***Due to the Covid-19 pandemic, business had to close temporarily. Once business reopened, revenues continue to drop.***

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

   | | |
   |---|---|
   | ***Aileen Brousseau – President*** | ***Salary: $6,930.00*** |
   | ***J Michael Haerting – Vice-President*** | ***Salary: $26,756.00*** |
   | ***Christopher Haerting – Vice-President*** | ***Salary: $34,115.00*** |
   | ***Simon Fernandez – Manager*** | ***Salary: $33,130.00*** |
   | ***Thomas A. Roses Revocable Trust*** | ***Salary: $------*** |

7. Debtor's fiscal or calendar year to date gross income and the Debtor's gross income for the calendar or fiscal year prior to the filing of this Petition:

1

*Gross revenues 2020:*     *$269,622.00*
*Gross revenues 2019:*     *$930,062.00*
*Gross Revenues 2018:*     *$755,205.00*

8. Amounts owed to various creditors:

   (a) Obligations owed to priority creditors, including priority tax obligations

   *Internal Revenue Service - unknown*
   *Florida Department of Revenue - unknown*

   *(b)* With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the Debtor securing their claims:
   1. *Regions Bank – Owed: approx. $53,384.41 - Quadracycle*
   2. *Ally Financial – Owed: approx. $25,939.41 – 2018 Ford Transit Van*
   3. *United States Small Business Administration– Owed: 150,000.00 – Collateralized by all assets, proceeds, accounts, general intangibles*

   *(c)* Amount of unsecured claims:
   *Approximately $49,706.00*

9. General description and *approximate* value of the Debtor's assets:
   *Cash*                             *$43,966.10*
   *Office furniture and Electronics* *$10,550.00*
   *Party Bikes and Cruisers*         *$121,950.00*
   *Van (Ford)*                       *$30,000.00*
   *Car Trailer*                      *$1,000.00*
   *Equipment and Tools*              *$3,085.00*

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

    *General Liability – Policy#ZISMB1334*
    *Accidental Medical – Policy #US1321814*

11. Number of employees and amounts of wages owed as of petition date:

    *5 employees – no wages owed*

12. Status of Debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of Chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

*Up-to-date.*

13.  Anticipated emergency relief to be requested within 14 days from the petition date:

*Motion Requesting Use of Cash Collateral and for Adequate Protection Payments*

DEBTOR:
CP TOURS, LLC

By: *Michael Haenting*
    J Michael Haering
Its: Vice-President

ATTORNEY:
Van Horn Law Group, P.A.
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)

/s/ Chad T. Van Horn, Esq.
By:_____
Chad T. Van Horn, Esq.
Florida Bar No. 64500
Email:Chad@cvhlawgroup.com